# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 03-298-MLCF-SS** |
| **GANNON V. JOHNSON** | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the defendant has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of Gannon V. Johnson for leave to file an out-of-time appeal (Rec. doc. 53) is DENIED.

New Orleans, Louisiana, this 23rd day of Nov., 2009.

UNITED STATES DISTRICT JUDGE